# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

141679

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 141679
                                    COA: 297525
                                    Wayne CC: 06-004338

DEWAYNE PLEMMONS,
     Defendant-Appellant.
                                    06-004445
                                    06-005531

_____/

       On order of the Court, the application for leave to appeal the July 22, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration under the standard for direct appeals, because the defendant was deprived of his direct appeal as a consequence of delays to which he did not contribute.

       We do not retain jurisdiction.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

0323

_____
Clerk